## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF  NEBRASKA

In re:                                    §
                                          §
QA3 FINANCIAL CORP.                       §        Case No. 11-80297
                                          §
                                          §
           Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD D. MYERS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        DIANE L. ZECH
        CLERK OF THE COURT
        111 SOUTH 18TH PLAZA, Suite 1125
        OMAHA, NE 68102

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2015                    By: RICHARD D. MYERS
                                                              TRUSTEE


*RICHARD D. MYERS, TRUSTEE*
*11404 W. Dodge Rd., Suite 500*
*Omaha, NE 68154-2584*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re: §
§
QA3 FINANCIAL CORP. § Case No. 11-80297
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 819,386.95 |
| and approved disbursements of | $ | 659,894.17 |
| leaving a balance on hand of[1] | $ | 159,492.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000082 | Douglas County Treasurer, 909 Civic Center, 1819 Farnam St. Omaha, NE 68183 | $ 8,348.95 | $ 8,348.95 | $ 0.00 | $ 0.00 |
| 000126A | Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 | $ 2,493.99 | $ 2,493.99 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 159,492.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD D. MYERS, TRUSTEE | $ 23,303.52 | $ 5,331.55 | $ 17,971.97 |
| Trustee Expenses: RICHARD D. MYERS, TRUSTEE | $ 2,034.12 | $ 0.00 | $ 2,034.12 |
| Attorney for Trustee Fees: McGill, Gotsdiner, Workman & Lepp, P.C. | $ 5,159.00 | $ 5,159.00 | $ 0.00 |
| Accountant for Trustee Fees: Frankel Zacharia LLC | $ 2,856.50 | $ 2,856.50 | $ 0.00 |
| Fees: United States Trustee Office | $ 1,625.00 | $ 0.00 | $ 1,625.00 |
| Other: Old Republic Surety Company | $ 358.24 | $ 358.24 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 21,631.09

Remaining Balance                                          $ 137,861.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: NEBRASKA DEPT OF LABOR | $ 681.61 | $ 0.00 | $ 206.42 |
| Other: Ver Ploeg & Lumpkin, P.A. | $ 454,553.25 | $ 0.00 | $ 137,655.27 |

Total to be paid for prior chapter administrative expenses     $ 137,861.69

Remaining Balance                                              $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 802,240.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000115 | Internal Revenue Service 210 Walnut Street - Stop 5301 Des Moines IA 50309 | $ 802,240.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000120 | U.S. Department of Labor Employee Benefits Security Administratio Attn: Jeri Meisel 2300 Main Street, Suite 1100 Kansas City, MO 64108 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,879,256.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nohemi Sokolsky c/o Russell Fisk 3415 Sepulveda Blvd. #1200 Los Angeles, CA 90034 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Cynthia Mitchell c/o John Miller 4600 Madison, Suite 1100 Kansas City, MO 64112-1283 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Clarence and Virginia Matter c/o John B. Orenstein 222 South Ninth Street, Suite 470 Minneapolis, MN 55402 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | FedEx TechConnect, Inc. As Assignee of FedEx Express/FedEx Groun Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd., Module G, 3rd Floor Memphis, TN 38116 | $ 407.41 | $ 0.00 | $ 0.00 |
| 000010 | Wiand Guerra King P.L. c/o Alfred Villoch, III 3000 Bayport Drive, Suite 600 Tampa, Florida 33602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | American Express Travel Related Services Co, Inc c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | John E. Redfearn III 431 Winged Foot Drive McDonough, GA 30253 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Norma Abernathy 171 Huntington Drive Sylacauga, AL 35150 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | Scott G. Thomas 511 N. Maitland Ave. Maitland, FL 32751 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | Don D. Geis 6533 Pheasant Run Place Lincoln, NE 68516 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019 | Reggie M. Lloyd 8816 Linn Station Road Louisville, KY 40222 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | Darwin B. Lloyd 8816 Linn Station Road Louisville, KY 40222 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | James Williamson III c/o Ms. Laura Cole 152 North Lakeside Drive Kennesaw, GA 30144 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000023 | Don D. Geis<br>6533 Pheasant Run Place<br>Lincoln, NE 68516 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000024 | Snow Jaynes<br>c/o Jonathan Evans<br>12711 Ventura Boulevard, Suite 440<br>Studio City, CA 91604 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | Stewardship Advisory Group- Ray Duenas<br>4526 Park Eden Cir<br>Orlando, FL 32810 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000026 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 3,568.28 | $ 0.00 | $ 0.00 |
| 000028 | Konica Minolta Business Solutions<br>c/o Susan Kelly<br>100 Williams Dr.<br>Ramsey, NJ 07446 | $ 1,627.55 | $ 0.00 | $ 0.00 |
| 000029 | James R. Zazzalli, as Litigation Trustee<br>c/o Gibbons, P.C.<br>Attn: Mark Conlan, Esq.<br>One Gateway Center<br>Newark, NJ 07102-5310 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030 | Schwed McGinley & Kahle<br>11410 North Jog Rd., Suite 100<br>Palm Beach Gardens, FL 33418 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | Jay W. Bradley<br>110 Samantha Court<br>Murfreesboro, TN 37130 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | Robert T. Hackett<br>PO Box 2100<br>Lebanon, TN 37088 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Brent D. Turner<br>PO Box 2100<br>Lebanon, TN 37088 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Carey V. Smith<br>17704 Leavenworth Street<br>Omaha, NE 68118 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035 | Joe M. McNeil, Jr.<br>12620 Ames Plaza, Apt. 304<br>Omaha, NE 68164 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | Jason L. Meysenburg<br>5105 Cuming Street<br>Omaha, NE 68132 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037 | Marsha Goldfinger<br>c/o Alan Frank<br>8380 Old York Rd., Suite 410<br>Elkins Park, PA 19027 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Victor & Lorraine Diamond<br>c/o Alan Frank<br>8380 Old York Rd., Suite 410<br>Elkins Park, PA 19027-1575 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | George B. Lannom<br>Dilworth Paxson LLP<br>c/o Robert V. Cornish, Jr.<br>655 Fifteenth Street, NW, Ste. 810<br>Washington, DC 20005 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | David R. Johnston<br>c/o Wayne A. Silver, Esq.<br>333 W. El Camino Real, Suite 310<br>Sunnyvale, CA 94087 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041 | Cheri L. Johnston<br>c/o Wayne A. Silver, Esq.<br>333 W. El Camino Real, Suite 310<br>Sunnyvale, CA 94087 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Roman Family Trust Dated 1999<br>c/o Wayne A. Silver<br>333 W. El Camino Real, Suite 310<br>Sunnyvale, CA 94087 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | David R. Johnston And Cheri L. Johnston Revocable<br>c/o Wayne A. Silver, Esq.<br>333 W. El Camino Real, Suite 310<br>Sunnyvale, CA 94087 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000044 | Kenneth L. Agee<br>3900 Paul White Rd.<br>Lake Charles, LA 70611 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000045 | Kevin O'Malley<br>c/o David Lefkowitz<br>1337 Ocean Avenue, Suite A<br>Santa Monica, CA 90401 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | Thomas E. Houck<br>230 Longshore Dr.<br>Jupiter, FL 33458 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Don Purcell<br>431 Woodcrest St.<br>Winter Springs, FL 32708 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000049 | Steve Debbie Kuerth<br>c/o Andrew Stoltmann<br>10 S. LaSalle Street, Suite 3500<br>Chicago, IL 60603 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000050 | Bruce Susan Ballinger<br>c/o Steven M. Feder<br>730-17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000051 | Michelle Caforio<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | Charles Sandra Davis<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000053 | Sandra Foster<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000054 | Susan Friede<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000055 | Sanford Joan Lerner<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000056 | Lola Stanley<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000057 | Stephen Vail<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000058 | Judy Vincent<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000059 | Michael Wei<br>c/o Steven Feder<br>730 17th Street, Suite 550<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000073 | Milo H. Segner, Liquidating Trustee of PR Liquidat<br>c/o Sean McCaffity<br>Rochelle McCullough, LLP<br>325 N. St. Paul St., Suite 4500<br>Dallas, Texas 75201 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000074 | Mark Markland<br>c/o Mark Markland, CRP<br>1230 Rosecrans Ave., #610<br>Manhattan Beach, CA 90266 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000075 | Mark Markland<br>c/o Mark Markland, CRP<br>1230 Rosecrans Ave., #610<br>Manhattan Beach, CA 90266 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000076 | Taylor English Duma LLP<br>c/o William G. Leonard<br>Taylor English Duma LLP<br>Suite 400, 1600 Parkwood Cir.<br>Atlanta, GA 30339 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000077 | Gordon Rees, LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111 | $ 11,109.62 | $ 0.00 | $ 0.00 |
| 000078 | James B. Hoffman<br>220 Silver Bay Rd.<br>Toms River, N.J. 08753 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000080 | Joseph Trent Byerly<br>113 Mill Place Parkway, Unit 109<br>Verona, VA 24482 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000081 | Joseph Trent Byerly<br>113 Mill Place Parkway, Unit 109<br>Verona, VA 24482 | $ 1,002.58 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000083 | Great Western Bank<br>c/o T. Randall Wright<br>Baird Holm LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068 | $ 806,964.73 | $ 0.00 | $ 0.00 |
| 000084 | Lutz Jesse<br>James S. Byrd, Jr, Esquire<br>20 North Orange Avenue, 10th Floor<br>Orlando, FL 32801 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000085 | James R. Zazzalli, as Trustee for the DBSI Private Actions Trust<br>c/o Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000086 | Kassaye Makuria<br>c/o Jeffrey R. Sonn, Esq.<br>Sonn & Erez, PLC<br>500 E. Broward Blvd., Ste. 1700<br>Ft. Lauderdale, FL 33394 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000087 | Anne Solis<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000088 | Ronald Gonzales<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089 | Lydia Wood<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | Mark Simmons<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000091 | Albert Wood<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202-3160 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000092 | Gene Chantler<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000093 | Gloria Roder<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000094 | Matthew Fieber<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000095 | Premium Assignment Corporation<br>c/o Tressler LLP<br>ATTN John Collen, Esq.<br>233 S. Wacker Dr., 22nd Fl.<br>Chicago, IL 60606 | $ 64,551.37 | $ 0.00 | $ 0.00 |
| 000096 | Robert E. Payser<br>Dillworth Paxson LLP<br>c/o Bob Cornish, Esq.<br>655 15th NE #810<br>Washington, DC 2005 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000097 | Virginia Lasher<br>c/o James Helfrich<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000098 | Pershing, LLC<br>c/o Kutak Rock LLP<br>1650 Farnam Street<br>Omaha NE 68102 | $ 619,817.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000099 | James R. Zazzalli, as Trustee for the DBSI Private Actions Trust c/o Gibbons, P.C. One Gateway Center Newark, NJ 07102-5310 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000100 | John Rupert c/o Charles Scarlett 160 S.E. 6th Avenue, Suite B-2 Delray Beach, FL 33483 | $ 370,000.00 | $ 0.00 | $ 0.00 |
| 000101 | Jeff Rogers 885 Sedalia St., Suite 102 Ocoee, FL 34761 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000102 | Trina L. Hanner 405 N Main St. Suite A Brownstown, IN 47220 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000103 | Anthony James Rinaldi 440 Western Ave., Suite 205 Glendale, CA 91201 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000104 | Todd Ackerman Stewardship Advisory Group 2910 Lucerne Dr. SE Grand Rapids, MI 49546 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000105 | Antony Devassy 16612 West 159th St., Suite 204 Lockport, IL 60441 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000106 | Rao K. Garuda Two Summit Park Dr., #350 Independence, OH 44131 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000107 | Michael and Judith Bowatz 14839 Pine View Drive Becker, MN 55308 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000108 | David K. O'Dell 621 Rollingwood Dr. Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000109 | Michael P. Erbeck<br>621 Rollingwood Dr.<br>Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000110 | Brian D. O'Dell<br>621 Rollingwood Dr.<br>Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000111 | David K. O'Dell<br>621 Rollingwood Dr.<br>Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000112 | Brian D. O'Dell<br>621 Rollingwood Dr.<br>Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000113 | Michael P. Erbeck<br>621 Rollingwood Dr.<br>Shorewood, IL 60404 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000114 | Feliciana Bank & Trust Company<br>10926 Plank Road<br>Clinton, LA 70722<br>c/o Mr. John Irwin Stewart | $ 0.00 | $ 0.00 | $ 0.00 |
| 000116 | Three Rivers Financial Group<br>8511 West Clearwater, Suite B<br>Kennewick, WA 99336 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000118 | Jack Dickinson<br>c/o Alan Frank<br>135 Old York Road<br>Jenkintown, PA 19046 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000119 | Carl Sandler and Debra Sandler<br>c/o R Kenneth Kinderman<br>401 W Main Street Ste 1100<br>Louisville KY 40202 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000121 | William Joann Maus<br>c/o Andre Perron<br>2816 Manatee Avenue West<br>Bradenton, FL 34205 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000122 | Phillip John Mottini<br>2520 Douglas Blvd, Ste 110<br>Roseville, CA 95661 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000123 | Tim Smith<br>2520 Douglas Blvd, Ste 110<br>Roseville, CA 95661 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000125 | Three Rivers Financial Group<br>8511 West Clearwater, Suite B<br>Kennewick, WA 99336 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000127 | Scott Goodwin Thomas<br>2400 Lake Shore Drive<br>Orlando, FL 32803 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000128 | Stewardship Advisory Group<br>Ray Duenas<br>4526 Park Eden Circle<br>Orlando, FL 32810 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000129 | Georgia Ascher<br>c/o David Liebrader<br>The Law Office of David Liebrader<br>601 S Rancho Dr., Ste D29<br>Las Vegas, NV 89106 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000131 | Anne Marie Lockwood<br>8525 Lanierland Farms Drive<br>Gainesville, GA 30506 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000132 | Kevin O'Malley<br>c/o David Lefkowitz<br>1337 Ocean Avenue, Suite A<br>Santa Monica, CA 90401 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000133 | Lloyd, Reggie and Darwin<br>c/o Scott J. Goldstein<br>Spencer Fane Britt & Browne LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000134 | Roman Family Trust Dated 1999 c/o Cheri L. Johnston TTEE 145 Sylvan Vista Drive Auburn, CA 95603 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000135 | David R. Johnston 145 Sylvan Vista Drive Auburn, CA 95603 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000136 | David R. and Cheri L. Johnston Trust 145 Sylvan Vist Drive Auburn, CA 95603 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000137 | Cheri L. Johnston 145 Sylvan Vist Drive Auburn, CA 95603 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000138 | Guy & Marla perego Stella International Inc 167 Mesa Verde Way San Carlos CA 94070 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000139 | William & Karen Floyd 12236 Eckleson Place Cerritos, CA 90703-7660 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000140 | John E. Redfearn III 431 Winged Foot DriveM cDonough, GA 30253 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000126B | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | $ 207.43 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 10,571,191.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Bernard Gloria Turner<br>PO Box 817<br>Spokane Valley, WA 99016 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000002B | Bernard Gloria Turner<br>PO Box 817<br>Spokane Valley, WA 99016 | $ 25,000.00 | $ 0.00 | $ 0.00 |
| 000004 | Chris Janice Smisek<br>c/o Robert Uhl<br>9454 Wilshire Blvd., Suite 303<br>Beverly Hills, CA 90212 | $ 400,000.00 | $ 0.00 | $ 0.00 |
| 000007 | Jerry Chalson<br>c/o Robert Uhl<br>9454 Wilshire Blvd, Suite 303<br>Beverly Hills, CA 90212 | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 000008 | Thomas Inga Grove<br>c/o Robert Uhl<br>9454 Wilshire Blvd, Suite 303<br>Beverly Hills, CA 90212 | $ 388,000.00 | $ 0.00 | $ 0.00 |
| 000009 | John Elizabeth Evans<br>c/o Mr. and Mrs. Elizabeth & John Evans<br>4232 Foothills Drive<br>Knoxville, TN 37938 | $ 376,340.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Mr. and Mrs. Ursula & Frederick Augello<br>4890 Village Creek Drive<br>Atlanta, GA 30338 | $ 402,116.86 | $ 0.00 | $ 0.00 |
| 000015 | Bryan Matz<br>c/o Mr. and Mrs. Wanda & Bryan Matz<br>2115 Yorkshire Court<br>Woodstock, GA 30189 | $ 900,000.00 | $ 0.00 | $ 0.00 |
| 000016 | Jeffery G. Babb, Jr.<br>2430 Cedar Creek Dr.<br>Chattanooga, TN 37421 | $ 3,953.00 | $ 0.00 | $ 0.00 |
| 000022 | Lambert B. Hermelink II "Bert"<br>23493 E. Phillips Place<br>Aurora, CO 80016 | $ 1,762.64 | $ 0.00 | $ 0.00 |
| 000027 | Melvin Drukman<br>2301 Kingsland Drive<br>Atlanta, GA 30360 | $ 73,900.00 | $ 0.00 | $ 0.00 |
| 000047 | Thomas Martha Maass<br>c/o Mr. and Mrs. Martha & Thomas Maass<br>1450 Ridgeway Drive NW<br>Acworth, GA 30102 | $ 1,500,000.00 | $ 0.00 | $ 0.00 |
| 000060 | Billie J. Baldini<br>8572 Las Brisas Cir.<br>Roseville, CA 95747 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000061 | Leonard W. Birdsong & Deann R. Birdsong<br>P.O. Box 569<br>Eastpoint, FL 32328 | $ 300,000.00 | $ 0.00 | $ 0.00 |
| 000062 | James R. Brogan<br>Priscilla R. Brogan & Jamie Brogan-Delaney<br>880 Kingston Springs Way<br>Las Vegas, NV 89123 | $ 350,000.00 | $ 0.00 | $ 0.00 |
| 000063 | Arthur R. Cargill & Maryann Cargill<br>9643 Consumnes Rd.<br>Wilton, CA 95693 | $ 1,590,860.77 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000064 | Susan A. Davidner<br>P.O. Box 3601<br>Hayden, ID 83835 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000065 | David E. Fio & Teresa L. Fio, Individually and as Trustees of the Fio Family Trust<br>513 Euclid<br>Sand Point, ID 83864 | $ 175,000.00 | $ 0.00 | $ 0.00 |
| 000066 | Lawrence R. Henderson<br>8572 Las Brisas Circle<br>Roseville, CA 95747 | $ 25,000.00 | $ 0.00 | $ 0.00 |
| 000067 | Phillip C. Mason<br>355 Rolling Lake Court<br>Mankin Sabot, VA 23103 | $ 900,000.00 | $ 0.00 | $ 0.00 |
| 000068 | Roger Mogel<br>3322 Arcadian Drive<br>Castro Valley, CA 94546 | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 000069 | George B. Reck, Sr., Individually and on behalf of the Reck Sr. Living Trust<br>P.O. Box 3601<br>Hayden, ID 83835 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000070 | George B. Reck, Sr. and Susan A. Davidner<br>P.O. Box 3601<br>Hayden, ID 83835 | $ 40,000.00 | $ 0.00 | $ 0.00 |
| 000071 | Marilyn J. Steinpreis<br>13056 W. Riverview Dr.<br>Post Falls, ID 83854 | $ 125,000.00 | $ 0.00 | $ 0.00 |
| 000072 | Norma M. Stilwell, Trustee and on Behalf of Merchant Street 25, LLC<br>546 Freeling Dr.<br>Siesta Key, FL 34242 | $ 2,023,520.00 | $ 0.00 | $ 0.00 |
| 000079 | Katrina Yorko<br>c/o Mr. and Mrs. Katrina & David Yurko<br>788 Bradford Court<br>Lilburn, GA 30047 | $ 36,445.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000130 | Wallace L. Larson<br>11982 103rd Street., N.S.<br>South Haven, MN 55382 | $ 384,293.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/RICHARD D. MYERS
                                                TRUSTEE

RICHARD D. MYERS, TRUSTEE
11404 W. Dodge Rd., Suite 500
Omaha, NE 68154-2584

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.